UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of                ORDER
Civil Cases to the Honorable Thérèse W. Dancks     OF REASSIGNMENT

_____

      **ORDERED** that the following cases are hereby reassigned to the Honorable Thérèse W. Dancks, U.S. Magistrate Judge.  These cases will remain assigned to the presiding U.S. District Judges :

|    | **Case Number** | **Caption** |
|----|---|---|
| 1) | 7:06-cv-347 (DNH/GHL) | County of Jefferson v. The Onondaga Nation |
| 2) | 7:09-cv-7 (NPM/GHL) | Yoder, et al v. Town of Morristown, et al |
| 3) | 7:09-cv-76 (TJM/GHL) | M.J. v. United States Government |
| 4) | 7:09-cv-411 (GTS/GHL) | Pratt, et al v. Indian River Central School District, et al |
| 5) | 7:09-cv-792 (GTS/GHL) | Northbrook NY LLC v. Lewis & Clinch, Inc. |
| 6) | 7:09-cv-793 (GTS/GHL) | Quinn v. United States |
| 7) | 7:09-cv-1033 (GTS/GHL) | Flint v. Bezio, et al |
| 8) | 7:09-cv-1126 (TJM/GHL) | Bigwarfe v. Whitton, et al |
| 9) | 7:09-cv-1209 (TJM/GHL) | Robinson v. Purcell Construction Corp., et al |
| 10) | 7:09-cv-1252 (GTS/GHL) | Car-Freshner Corp., et al v. Getty Images, Inc. |
| 11) | 7:09-cv-1412 (TJM/GHL) | Morris v. Jefferson County Public Defender's Office |
| 12) | 7:10-cv-279 (NPM/GHL) | Nuss, et al v. Sabad, et al |
| 13) | 7:10-cv-353 (TJM/GHL) | Smith v. DeWalt Industrial Tool Co. |
| 14) | 7:10-cv-510 (NPM/GHL) | Oliver v. Jobson, et al |
| 15) | 7:10-cv-756 (DNH/GHL) | Graham v. Watertown City School District, et al |
| 16) | 7:10-v-1310 (NAM/GHL) | Roberts, et al v. The County of St. Lawrence, et al |
| 17) | 7:10-cv-1337 (NAM/GHL) | Matuszczak, Jr. v. Commissioner of Social Security |
| 18) | 7:10-cv-1491 (GTS/GHL) | Car-Freshner Corp., et al v. Air Fresheners, Inc., et al |
| 19) | 7:10-cv-1493 (NAM/GHL) | Merola, et al v. Woodward, et al |
| 20) | 7:11-cv-65 (LEK/GHL) | Ullrich v. The United States of America |
| 21) | 7:11-cv-179 (GLS/GHL) | Barbarito v. Geren |
| 22) | 7:11-cv-559 (MAD/GHL) | Berry v. CSX Transportation Inc. |
| 23) | 7:11-cv-595 (LEK/GHL) | HICA Education Loan Corp. v. Girard |
| 24) | 7:11-cv-661 (MAD/GHL) | Peterkin v. Instschert, et al |
| 25) | 7:11-cv-673 (DNH/GHL) | Drean v. Commissioner of Social Security |
| 26) | 7:11-cv-803 (DNH/GHL) | Varno v. Jefferson County Department of Planning, et al |
| 27) | 7:11-cv-1351 (NAM/GHL) | Taylor v. Vermont Railway, et al |
| 28) | 7:11-cv-1417 (NAM/GHL) | House v. Paragon Way, Inc. |
| 29) | 7:11-cv-1531 (NAM/GHL) | Ashley v. Commissioner of Social Security |

| | | |
|---|---|---|
| 30) | 7:12-cv-13 (NAM/GHL) | Fields v. Commissioner of Social Security |
| 31) | 7:12-cv-148 (GTS/GHL) | United States of America v. Langlois |
| 32) | 7:12-cv-150 (LEK/GHL) | United States of America v. Scott |
| 33) | 7:12-cv-151 (DNH/GHL) | United States of America v. Mullen |

Any questions concerning case management should be directed to Renata Hohl, Courtroom Deputy Clerk, at (315) 234-8613.

**IT IS SO ORDERED.**

Dated: February 10, 2012
Albany, New York

Gary L. Sharpe
Chief U.S. District Judge