UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of                    ORDER
Civil Case to the Honorable David E. Peebles            OF REASSIGNMENT

_____

     **ORDERED** that due to a conflict the following case is hereby reassigned to the Honorable David E. Peebles, U.S. Magistrate Judge. The case remains assigned to the Honorable Glenn T. Suddaby, U.S. District Court Judge.

| Case Number | Caption |
|---|---|
| 7:09-cv-1252 | Car-Freshner Corp., et al v. Getty Images, Inc. |

**IT IS SO ORDERED.**

Dated: February 29, 2012
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge