IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br> *Plaintiffs* <br><br> v. <br><br> GETTY IMAGES, INC. and GETTY IMAGES (US), INC., <br><br> *Defendants.* | **Notice of Appearance** <br><br> Civil Action No. 7:09-cv-01252 (GTS/DEP) |

TO THE CLERK OF THE COURT:

Please enter the appearance of Michelle Mancino Marsh, Esq., Kenyon & Kenyon LLP, One Broadway, New York, New York 10004, as counsel for plaintiffs CAR-FRESHNER Corporation and Julius Sämann Ltd. in the above-captioned action.

**Dated:** March 23, 2012

**KENYON & KENYON LLP**

By: *[signature]*
Michelle Mancino Marsh (516463)
One Broadway
New York, NY 10004
Telephone: 212-908-6180
Fax: 212-425-5288
Email: mmarsh@kenyon.com

Edward T. Colbert (admission pending)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 220-4200
Fax: (202) 220-4201
Email: ecolbert@kenyon.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2012, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent electronic notification of such filing to all counsel of record in this case.

_____
Aaron D. Johnson