UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD.,<br><br>                                           Plaintiffs,<br><br>       vs.<br><br>GETTY IMAGES, INC., and GETTY IMAGES (US), INC.,<br><br>                                           Defendants. | **NOTICE OF APPEARANCE**<br><br>**Civil Action No:**<br>**7:09-cv-01252 (GTS/DEP)** |

**PLEASE TAKE NOTICE** that Edward T. Colbert, Esq. of Kenyon & Kenyon LLP, hereby appears in the above-entitled action as co-counsel of record for the Plaintiffs, CAR-FRESHNER Corporation and Julius Sämann Ltd.

Dated: March 27, 2012          Respectfully submitted,

KENYON & KENYON LLP

By:     s/ Edward T. Colbert
         Edward T. Colbert
         (N.D.N.Y. admission pending)

1500 K Street, N.W., Suite 700
Washington, DC 20005
Tel:    (202) 220-4200
Fax:    (202) 220-4201
Email: ecolbert@kenyon.com

{H1743562.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Douglas J. Nash, Esq. | dnash@hblaw.com |
| Christopher J. Robinson, Esq. | chrisrobinson@dwt.com |
| James E. Rosenfeld, Esq. | jamesrosenfeld@dwt.com |

                                              *s/Ashley D. Hayes*_____
                                              Bar Roll No. 511333