UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CAR-FRESHNER CORPORATION
and JULIUS SÄMANN LTD.,

Plaintiffs,

vs.

GETTY IMAGES, INC., and
GETTY IMAGES (US), INC.,

Defendants.

**Civil Action No.**
7:09-cv-01252 (GTS/DEP)

## ORDER

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, William M. Merone is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of *CAR-FRESHNER Corporation and Julius Sämann Ltd. v. Getty Images, Inc., and Getty Images (US), Inc.*

IT IS SO ORDERED

Dated: 4/18/12

David E. Peebles
U.S. Magistrate Judge

{H1743602.1}