UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> GETTY IMAGES, INC., and GETTY IMAGES (US), INC., <br><br> Defendants. | **Civil Action No.** <br> 7:09-cv-01252 (GTS/DEP) |

## ORDER

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Erik C. Kane is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of CAR-FRESHNER *Corporation and Julius Sämann Ltd. v. Getty Images, Inc., and Getty Images (US), Inc.*

IT IS SO ORDERED

Dated: 4/18/12

David E. Peebles
U.S. Magistrate Judge

{H1743601.1}