UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> ) <br> Jonathan Mark Lloyd ) <br> ) <br> ) <br> TO BE ADMITTED TO THE UNITED STATES ) <br> DISTRICT COURT FOR THE NORTHERN ) <br> DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __Jonathan Mark Lloyd__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of : (7:09-cv-01252-GTS/GHL) Car-Freshner Corporation and Julius Samann Ltd. v. Getty Images, Inc., and Getty Images (US), Inc.

IT IS SO ORDERED

Dated : 6/5/2012

*[signature]*

David E. Peebles
U.S. Magistrate Judge