AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF  NEW YORK

| | | |
|---|---|---|
| Car-Freshner Corporation and Julius Samann Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:09-cv-1252 |
| Getty Images, Inc and Getty Images (US), Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Car-Freshner Corporation and Julius Samann Ltd.

Date:      06/15/2012

_____
*Attorney's signature*

Edward T. Colbert  (Bar No. 517473)
*Printed name and bar number*

KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, D.C. 20005

*Address*

ecolbert@kenyon.com
*E-mail address*

(202) 220-4280
*Telephone number*

(202) 220-4201
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the foregoing Notice of

Appearance using the CM/ECF system, which sent electronic or other notification of such filing

to all counsel of record in this case.

s/ Edward T. Colbert_____
KENYON & KENYON LLP
1500 K Street, NW Suite 700
Washington, D.C. 20005
Telephone:  (202) 220-4280
Fax::        (202) 220-4201

*Attorneys for Car-Freshner Corporation
and Julius Samann Ldt.*