

Michelle Mancino Marsh
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY  10004-1007
212.425.7200
Fax 212.425.5288

June 25, 2012

**Via Electronic Filing**

The Honorable David E. Peebles
U.S. Magistrate Judge
U.S. District Court for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY 13261-7345

Re:  *Car-Freshner Corporation and Julius Sämann Ltd. v. Getty Images, Inc. and Getty Images (US), Inc.*, No. 7:09-cv-01252 (GTS/DEP)

Dear Judge Peebles:

     Pursuant to the Court's Text Notice to Counsel dated June 22, 2012, the parties hereby jointly report that they would like the Court to enter judgment in this matter according to Defendants' Offer of Judgment dated June 14, 2012 (accepted and filed by Plaintiffs on June 21, 2012, D.I. 68).

Respectfully yours,

Michelle Mancino Marsh

cc:  James E. Rosenfeld, Esq.
     Christopher J. Robinson, Esq.
     Jonathan M. Lloyd, Esq.
     Douglas J. Nash, Esq.
     Edward T. Colbert, Esq.
     Roberta S. Bren, Esq.
     Jonathan Hudis, Esq.
     William M. Merone, Esq.
     Erik C. Kane, Esq.
     Ashley D. Hayes, Esq.